```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 02057
   DAMON JOHNSON
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-4461


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 02/07/2007 and was not confirmed.

   The case was converted to chapter 7 without confirmation 04/19/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------
AMC MORTGAGE SERVICES IN SECURED NOT I        .00            .00            .00
HSBC MORTGAGE SERVICES   SECURED NOT I        .00            .00            .00
OPTION ONE MORTGAGE      CURRENT MORTG        .00            .00            .00
OPTION ONE MORTGAGE      MORTGAGE ARRE    3605.00            .00            .00
PIERCE & ASSOC           NOTICE ONLY    NOT FILED            .00            .00
PEOPLES CHOICE HOME LOAN CURRENT MORTG        .00            .00            .00
PEOPLES CHOICE HOME LOAN MORTGAGE ARRE   11511.48            .00            .00
PEOPLES CHOICE HOME LOAN CURRENT MORTG        .00            .00            .00
PEOPLES CHOICE HOME LOAN MORTGAGE ARRE    2174.30            .00            .00
CODILIS & ASSOCIATES ^   NOTICE ONLY    NOT FILED            .00            .00
CODILIS & ASSOCIATES ^   NOTICE ONLY    NOT FILED            .00            .00
WELLS FARGO HOME MORTGAG SECURED NOT I        .00            .00            .00
PIERCE & ASSOC           NOTICE ONLY    NOT FILED            .00            .00
CAPITAL ONE BANK         UNSECURED             .00            .00            .00
CAPITAL ONE BANK         UNSECURED      NOT FILED            .00            .00
CAPITAL ONE BANK         UNSECURED      NOT FILED            .00            .00
CAPITAL ONE              UNSECURED         634.21            .00            .00
CHICAGO SUN TIMES        UNSECURED      NOT FILED            .00            .00
CITY OF CHGO HEIGHTS WAT UNSECURED      NOT FILED            .00            .00
DORAL SOUTH CONDO ASSOC  UNSECURED      NOT FILED            .00            .00
PARKER HOLSMAN CO        NOTICE ONLY    NOT FILED            .00            .00
WOLIN LEVIN INC          NOTICE ONLY    NOT FILED            .00            .00
HOME DEPOT CREDIT SERVIC UNSECURED      NOT FILED            .00            .00
HSBC NV                  UNSECURED      NOT FILED            .00            .00
INOVISION MARLIN CO      UNSECURED      NOT FILED            .00            .00
COMMONWEALTH EDISON      NOTICE ONLY    NOT FILED            .00            .00
LVNV FUNDING             UNSECURED      NOT FILED            .00            .00
MCI                      NOTICE ONLY    NOT FILED            .00            .00
NICOR GAS                UNSECURED      NOT FILED            .00            .00
NICOR GAS                UNSECURED      NOT FILED            .00            .00
NICOR GAS                UNSECURED      NOT FILED            .00            .00
NISSAN INFINITI          UNSECURED      11232.93            .00            .00
THIRD/CBUSA              UNSECURED      NOT FILED            .00            .00
UNITED COLLECTIONS       UNSECURED          65.00            .00            .00
SOUTH SHORE EMERG PHYS   NOTICE ONLY    NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 02057 DAMON JOHNSON
```

```
WASHINGTON MUTUAL/PROVID  UNSECURED       NOT FILED            .00             .00
HSBC MORTGAGE SERVICES    SECURED NOT I       .00              .00             .00
AMC MORTGAGE SERVICES IN  SECURED NOT I       .00              .00             .00
*SCOTT V KELLEY           DEBTOR ATTY         .00                              .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                         1,878.00

     Summary of Receipts and Disbursements:
     ------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
     ------------------------------------------------------------------------------
TRUSTEE                   1,878.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                    1,878.00
                        ---------------    ---------------
TOTALS                     1,878.00           1,878.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 07/24/07            _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                            PAGE   2
     CASE NO. 07 B 02057 DAMON JOHNSON